## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 07-3927 (RHK/JSM) |
| Plaintiff, | |
| SARAH WILDER and JESSE WILDER, | **ORDER APPROVING MINOR-CHILD SETTLEMENT AND DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO A CONSENT DECREE** |
| Intervenor Plaintiffs, | |
| v. | |
| BOUQUET BUILDERS, INC., a/k/a BOUQUET COMPANIES, MARCIA BOUQUET, and JOHN BOUQUET, | |
| Defendants. | |

_____

Based upon the Stipulation of the Parties and all the files, records, and proceedings in this matter, the Court finds that the terms of the settlement in the Consent Decree agreed to by the Parties in this case are reasonable as to the minor child, H.W., and that the natural parents and guardians of H.W., Sarah and Jesse Wilder, have approved the terms of the Consent Decree settling this action.

**IT IS THEREFORE ORDERED** that:

1. the settlement as to the minor child is approved; and

2. this action is dismissed without prejudice pursuant to the Consent Decree filed herein.

Dated: June 23, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge